# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | SA CV 25-00004-DFM | Date: | February 26, 2025 |
|---|---|---|---|
| Title | Ana Ventura v. Francisco Mateos Bravos et al | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:**  (IN CHAMBERS) Order to Show Cause

    On January 2, 2025, Plaintiff Ana Ventura, who is represented by counsel, filed an ADA Complaint against Defendants Francisco Mateos Bravos and Miguel W. Gonzales. See Dkt. 1. On February 4, Plaintiff filed a Proof of Service, indicating that Bravos was personally served on January 31. See Dkt. 7. Bravos's Answer was thus due by February 21, 2025. See Fed. R. Civ. P. 12(1)(A)(i). It does not appear that Gonzales has been served.

    Bravos has not filed an Answer nor otherwise responded to the Complaint. However, it is Plaintiff's responsibility to move this case toward completion. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE within twenty-one (21) days why Bravos should not be dismissed for failure to prosecute. In lieu of a written response, Plaintiff may do one of the following: (1) seek entry of default judgment; (2) file a notice of voluntarily dismissal pursuant to Fed. R. Civ. P. 41; or (3) cause by some means an answer or other filing to be made by Bravos.